IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA and THE STATE OF GEORGIA, *ex rel.* JOSHUA WALTHOUR, <br><br> Plaintiffs, <br><br> v. <br><br> THE UNITED STATES OF AMERICA and THE STATE OF GEORGIA, *ex rel*. JOSHUA WALTHOUR, <br><br> Defendants. | * <br> * <br> * Case No. 5:18-cv-00378-TES <br> * <br> * <br> * <br> * |

## **J U D G M E N T**

Pursuant to the Order of this Court filed November 5, 2024, and for the reasons stated therein, JUDGMENT is hereby entered awarding Plaintiff attorneys' fees in the amount of $188,671.25. This amount shall accrue interest from the date of entry of judgment at the rate of 4.28 % per annum until paid in full.

This 5th day of November, 2024.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk