# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* JOSHUA WALTHOUR,<br><br>STATE OF GEORGIA, *ex rel.* JOSHUA WALTHOUR,<br><br>     Plaintiffs,<br><br>v.<br><br>MIDDLE GEORGIA FAMILY REHAB, LLC, BRENDA G. HICKS a/k/a BRENDA TAYLOR, and CLARENCE HICKS,<br><br>     Defendants. | Civil Action No. 5:18-CV-378 (TES) |

## JOINT STIPULATION OF PARTIAL DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the United States, the State of Georgia, Relator, and Defendants, by and through undersigned counsel, stipulate to the dismissal of all remaining non-adjudicated claims in this action. Specifically, the parties agree that all claims except for those on which the government was awarded summary judgment (ECF No. 52) and Relator's claim for attorneys' fees, costs, and expenses (ECF No. 81) may be dismissed. The Court shall retain jurisdiction to resolve any issues that the parties are not able to resolve on their own.

Respectfully submitted this 25th day of November, 2024.

**PETER D. LEARY**
UNITED STATES ATTORNEY

BY:   *s/ E. Bowen Reichert Shoemaker*

E. BOWEN REICHERT SHOEMAKER
Georgia Bar No. 222443
W. TAYLOR McNEILL
Georgia Bar No. 239540
Assistant United States Attorney
United States Attorney's Office
P. O. Box 1702
Macon, GA 31202-1702
Bowen.Shoemaker@usdoj.gov
Taylor.McNeill@usdoj.gov
Telephone: (478) 621-2630

ATTORNEYS FOR THE
UNITED STATES OF AMERICA

**CHRISTOPHER M. CARR**
ATTORNEY GENERAL

*s/ Richard W. Tangum*
Richard W. Tangum
Georgia Bar No. 141337
Senior Assistant Attorney General
200 Piedmont Ave., S.E.
West Tower, 19th Floor
Atlanta, Georgia 30334
Telephone: (404) 458-3868
E-mail: rtangum@law.ga.gov

ATTORNEY FOR STATE OF GEORGIA

*/s/ William Brent Ney*
WILLIAM BRENT NEY
Georgia Bar No. 542519
Attorney for Defendants
Ney Rhein Williams, LLC
265 South Culver Street
Lawrenceville, Georgia 30046
404-842-7232 (Direct)
770-637-5057 (Fax)
william@neyrhein.com

ATTORNEY FOR DEFENDANTS