IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

JOSHUA WALTHOUR,                                    *

        Plaintiff,                               *

v.                                                  Case No.   5:18-cv-00378-TES
                                                    *

MIDDLE GEORGIA FAMILY REHAB LLC et
al.,                                                *

        Defendants.                              *

_____

**J U D G M E N T**

Pursuant to this Court's Order dated November 26, 2024, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case.

  This 26th day of November, 2024.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk